# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  MAGISTRATE  X DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF | USA V.S. A. WOLDESLASSIE

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 X Defendant—Adult
2 Defendant - Juvenile
3 Appellant
4 Probation Violator
5 Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
04-10112-RGS

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  x Felony  ☐ Misdemeanor
21 USC 841

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment **7/2003**. How much did you earn per month? $ **1760**

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT  VALUE _____ DESCRIPTION _____

**DEPENDENTS**

MARITAL STATUS: ✓ SINGLE, MARRIED, WIDOWED, SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them _____

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: _____

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Sprint | $ 248 | $ 60 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **4/15/04**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)