AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ABLOLOM WOLDESLASSIE

**WARRANT FOR ARREST**

CR-04-10112-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ABLOLOM WOLDESLASSIE**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH

distribution in a playground zone of cocaine base, a Schedule II controlled substance, and use of a juvenile in a drug offense

in violation of Title 21 United States Code, Sections 841(a)(1), 860(a) and 861(a)

_Sheila_ _____          Operations Supervisor
Marianne B. Bowler                          ~~Chief United States Magistrate Judge~~
Name of Issuing Officer                     Title of Issuing Officer

_/s/ Sheila_____           April 8, 2004 at Boston, Massachusetts
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____   BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>WARRANT EXECUTED BY USMS-Hiota Task Force<br>BY ARREST/ARRAIGNMENT OF THE<br>DEFENDANT ON 4/15/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |