AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

| UNITED STATES V. ABLOLOM WOLDESLASSIE | | | | | **EXHIBIT AND WITNESS LIST** Case Number:  04-10112-RGS |
|---|---|---|---|---|---|
| PRESIDING JUDGE BOWLER | | | PLAINTIFF'S ATTORNEY PATRICK HAMILTON | | DEFENDANT'S ATTORNEY RANDY GIOIA, J.P. LATTIMORE |
| TRIAL DATE (S) 6/21/04, 6/25/04 | | | COURT REPORTER DIGITAL | | COURTROOM DEPUTY SACCOCCIO, SIMEONE |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 6/21/04 | | | OFFICER GREGORY BROWN; BOSTON POLICE DEPT. |
| 1 | | 6/21/04 | X | X | SUMMARY CHART |
| 2 | | 6/21/04 | X | X | VIDEO TAPE dtd. 7/8/03 |
| 3 | | 6/21/04 | X | X | VIDEO TAPE dtd. 8/14/03 |
| 4 | | 6/21/04 | X | X | VIDEO TAPE dtd. 9/11/03 |
| 5 | | 6/21/04 | X | X | IMMIGRATION AND NATURALIZATION SERVICES RECORD |
| | | 6/25/04 | | | TSEGA ABADI |
| | | 6/25/04 | | | SELAL WOLDESLASSIE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages