UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10112-RGS |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1.  JUSTIN TEAL, | ) 21 U.S.C. § 841(a)(1) – |
| | )     Distribution of Cocaine |
| 2.  KARL THOMPSON, | )     Base |
| | ) |
| 3.  ABLOLOM WOLDESLASSIE, | ) 18 U.S.C. § 2 – |
|     a/k/a "BREEZE;" and | )     Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 860(a) - Playground |
| | )     Zone Violation |
|         Defendants. | ) |
| | ) 21 U.S.C. § 861(a) - Use of a |
| | )     Juvenile |

SUPERSEDING INDICTMENT

COUNT ONE:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
              Base; 21 U.S.C. § 860(a) --Playground Zone
              Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about July 1, 2003, at Boston, in the District of Massachusetts,

1.  JUSTIN TEAL

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT TWO</u>:        (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting**)

The Grand Jury further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

**1.   JUSTIN TEAL,**
**3.   ABLOLOM WOLDESLASSIE, a/k/a "BREEZE," and**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack", a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:    (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting**)

The Grand Jury further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

        3.    ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)

The Grand Jury further charges that:

On or about July 23, 2003, at Boston, in the District of Massachusetts,

### 1. JUSTIN TEAL,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a).

<u>COUNT FIVE</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about August 14, 2003, at Boston, in the District of Massachusetts,

    1. **JUSTIN TEAL,**
    2. **KARL THOMPSON and**
    3. **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT SIX</u>:       (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                      Base; 21 U.S.C. § 861(a) -- Use of a Juvenile; 18
                      U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about August 14, 2003, at Boston, in the District of Massachusetts,

      1. **JUSTIN TEAL and**
      2. **KARL THOMPSON**

defendants herein, then being persons at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1), to wit: to knowingly and intentionally distribute a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, as alleged in Count Five of this Indictment, which is incorporated herein by reference.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 861(a) and Title 18, United States Code, Section 2.

<u>**COUNT SEVEN**</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 21 U.S.C. § 861(a) -- Use of a Juvenile; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

        3.    **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground and, in so doing, defendant, being a person at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1), 860(a) and 861(a), and Title 18, United States Code, Section 2.

<u>**COUNT EIGHT**</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

3.   **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further charges that:

(1) In connection with Counts 1-2 and 4-6, and relevant conduct as described in U.S.S.G. § 1B1.3 Defendant JUSTIN TEAL is responsible for at least 5 grams but less than 20 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to the defendant.

(2) At the time Defendant JUSTIN TEAL committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

(3) In connection with Counts 5-6 and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant KARL THOMPSON is responsible for at least 1 gram but less than 2 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance. Accordingly, U.S.S.G. § 2D1.1(c)(11) is applicable to the defendant.

(4) At the time Defendant KARL THOMPSON committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

(5)   In connection with Counts 2,3,5,7,8, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant ABLOLOM WOLDESLASSIE is responsible for at least 5 grams but less than 20 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.  Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to the defendant.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

10/28/04

3:00pm

11

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

City __Boston__

County __Suffolk__

**Related Case Information:**
Superseding Ind./ Inf.  __Yes__   Case No. __04-CR-10112-RGS__
Same Defendant  __Yes__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Justin Teal__   Juvenile:  ☐ Yes  ■ No

Alias Name _____

Address __71 Richmere Street, Mattapan, MA__

Birthdate: __1980__   SS # __-2738__   Sex: __Male__   Race: __African-American__   Nationalit __US__

Defense Counsel if known:   __James N. Greenberg__   Address __220 Commercial St.__

Bar Number _____   __Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __Patrick M. Hamilton/David Tobin__   Bar Number if applicable _____

Interpreter:   Yes   X No   List language and/or dialect: _____

Matter to be SEALED:   Yes   No

☐ Regular Process   X In Custody

**Location Status:**

Arrest Date __April 15, 2004__

☐ Already in Federal Custody as of __April 15, 2004__ in __U.S. Marshal Service__
  Already in State Custody         Serving Sentence         Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   X Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__   Signature of AUSA: _(signed)_
                                           David G. Tobin

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Justin Teal

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 1, 2, 4, 5, and 6 |
| Set 2  18 U.S.C. § 2 | Aiding and abetting | 1, 2, 5 and 6 |
| Set 3  21 U.S.C. § 861(a) | Use of a juvenile in a drug offense | 6 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

_____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

js45.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No. __II__    Investigating Agency __DEA__

**City**  __Boston__    **Related Case Information:**

**County**  __Suffolk__    Superseding Ind./ Inf.  __Yes__    Case No. __04-CR-10112-RGS__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Karl Thompson__    Juvenile:  ☐ Yes  ■ No

Alias Name  _____

Address   __25 Calder Street, Mattapan, MA__

Birthdate: __1964__   SS # __-7927__   Sex: __Male__   Race: __African-American__   Nationalit __US__

**Defense Counsel if known:**   __Michael C. Andrews__    Address __21 Customs House St., Suite 920__

Bar Number   _____    __Boston, MA 02110__

**U.S. Attorney Information:**

AUSA   __David G. Tobin__    Bar Number if applicable _____

Interpreter:   Yes   X No    List language and/or dialect: _____

Matter to be SEALED:   Yes   X No

☐ Regular Process       X In Custody

**Location Status:**

Arrest Date   __April 15, 2004__

X Already in Federal Custody as of   __April 15, 2004__   in   __U.S. Marshal Service__
☐ Already in State Custody      Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 28, 2004    Signature of AUSA:  _/s/ David G. Tobin_
                                              David G. Tobin

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Karl Thompson

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 5 and 6 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 5 and 6 |
| Set 3 | 21 U.S.C. § 861(a) | Use of a juvenile in a drug offense | 6 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.rworrell.wpd

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.  II          Investigating Agency   DEA

City     Boston                    **Related Case Information:**

County   Suffolk                   Superseding Ind./ Inf.   Yes          Case No.   04-CR-10112-RGS
                                   Same Defendant    Yes              New Defendant  _____
                                   Magistrate Judge Case Number   _____
                                   Search Warrant Case Number     _____
                                   R 20/R 40 from District of     _____

**Defendant Information:**

Defendant Name    Ablolom Woldeslassie              Juvenile:   ☐ Yes   ■ No

Alias Name        Breeze

Address           50 Clifford Street, #1, Roxbury, MA

Birthdate: 1982    SS #  -3627    Sex: Male   Race: African-American   Nationalit  US

Defense Counsel if known:    Randolph M. Gioia        Address  24 School St., 8th floor

Bar Number        _____                                     Boston, MA 02108

**U.S. Attorney Information:**

AUSA    David G. Tobin                    Bar Number if applicable  _____

**Interpreter:**       Yes    X No        List language and/or dialect:  _____

**Matter to be SEALED:**       Yes    No

                              ☐ Regular Process         X In Custody

**Location Status:**

Arrest Date       April 15, 2004

X  Already in Federal Custody as of    April 15, 2004       in    U.S. Marshal Service
   Already in State Custody            Serving Sentence          Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____                on  _____

**Charging Document:**      Complaint       ☐ Information        X Indictment

**Total # of Counts:**       ☐ Petty ___       ☐ Misdemeanor ___      X Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   October 28, 2004         Signature of AUSA:  _[signature]_
                                                    David G. Tobin

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Ablolom Woldeslassie

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 2, 3, 5, 7 and 8 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 2, 3, 5, 7 and 8 |
| Set 3 | 21 U.S.C. § 861 | Use of a juvenile in a drug offense | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

_____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

js45.