UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                              Criminal No. 04-10112-RGS

JUSTIN TEAL, Et Al.

## MOTION FOR CONTINUANCE.

Now comes the defendant and kindly requests this Honorable Court to continue the scheduled arraignment for all defendants from November 12, 2004 to November 23, 2004. All defendants are in agreement with this continuance. I have spoken with AUSA David Tobin, who does not oppose the continuance to the mentioned date.

Respectfully Submitted
Defendant, Justin Teal,
by his attorney

James Greenberg
BBO# 565631
Howe and Bainbridge Building
220 Commercial Street
Boston, MA 02109
(617) 557-4444

Dated: November 8, 2004