

U.S. Department of Justice

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*


February 23, 2005

Randy Gioia, Esquire
24 School Street, 8th Floor
Boston, MA 02108

   Re: United States v. Woldeslassie
       Criminal No. 04-10112-RGS

Dear Mr. Gioia:

   This letter is in response to your discovery letter dated January 27, 2005.

   1.   Request for Criminal Records

       The United States recognizes that it has an obligation to make certain inquiry into the background, including criminal history, of identified government witnesses.  At this time, the United Sates has not determined who it will call to testify at the defendant's trial.  As a result, the United States declines to provide the requested information at this time.  The United States will continue to oppose the release of criminal histories of law enforcement officials.  The United States will review the criminal histories of all identified law enforcement witnesses it intends to call and make limited disclosures mandated by case law and applicable rules.

   2.   Lab and Bench Notes, and Chain of Custody Evidence

       The United states will request all "bench notes" and other testing notes and reports for the drugs which are the subject of the indictment.  These materials will be provided to the defense when they are received from the laboratory.  The various DEA-6 Reports detail the chain of custody for the drugs in this case.  The packages containing the drugs also have markings detailing the chain of custody.  You may inspect the

Mr. Gioia
February 23, 2005
Page 2

various packages of drugs by contacting the undersigned to make an appointment.

3. Notes and Reports Pertaining to Identification Procedures Used to Identify the Defendant

Please review the Automatic Discovery letter dated May 21, 2004, that details the identification procedures used in this case. Also, please review the individual law enforcement reports for the various purchases. The reports detail the specific procedures used in the respective deals. The United States declines to provide the defense with notes taken by law enforcement officers.

Please contact me if you believe there are any outstanding discovery issues.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By:   */s/ David G. Tobin*
      DAVID G. TOBIN
      Assistant U.S. Attorney
      U. S. Attorney's Office
      John Joseph Moakley
      United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210