## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### ORDER OF REFERENCE

*United States*

v.

*Abolom Woldeslassie*

Check if previously referred ✓

CR No. *04-10112-RGS*

Criminal Category **II**

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge *Bowler* for the following proceedings:

(A) ☐    Referred for full pretrial case management, including all dispositive motions.

(B) ☐    Referred for full pretrial case management, not including dispositive motions:

(C) ☐    Referred for discovery purposes only.

(D) ☐    Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)    Case referred for events only.  See Doc. No(s). _____

(F)    Case referred for settlement.

(G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    Special Instructions: *Appointment of successor Counsel to Atty. Gioia, per Order of Stearns, DJ.*

Date **5/13/05**                    By: *Mary A. ____*
                                              Deputy Clerk

(OrRef for pdf.wpd - 05/2003)

---

[1]    See reverse side of order for instructions