UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL No. 04-10112-RGS

ABLOLOM WALDESLASSIE

MOTION TO CONTINUE TRIAL DATE

Now comes the Defendant, Ablolom Waldeslassie, by and through undersigned counsel and requests that the trial of this matter scheduled for September 19, 2005 be continued for at least thirty (30) days and for reason states as follows. Defendant's counsel between June 27, 2005 and July 18, 2005 had three state court trials and counsel was also hospitalized for a seizure. As a result, Counsel will not be adequately prepared to try this case on September 19, 2005.

Counsel has spoken to Michael Andrews, counsel for the co-defendant Karl Thompson, and he has agreed to a continuance in this matter. Counsel has also left a voice mail message with assistant United States Attorney David Tobin notifying him of this request.

Respectfully submitted

James S. Dilday
Grayer & Dilday, LLP
27 School Street
Boston, MA 02108
(617) 227-3470
BBO# 124360

CERTIFICATE OF SERVICE

      I, James S. Dilday certify that I served a copy of the within Motion To Continue Trial Date by mailing same first class mail, postage prepaid to Asst. U.S. Attorney David Tobin and Michael C. Andrews, Esquire to Suite 9200 One Courthouse Way Boston, MA 02210 and 21 Custom House Street Suite 920 Boston, MA 02110 respectively.

August 9, 2005

                                                                                      James S. Dilday