UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

     V.                         CRIMINAL NO. 04-10112-RGS

ABLOLOM WOLDESLASSIE

## NOTICE OF HEARING

**STEARNS, DJ.**                                       **SEPTEMBER 14, 2005**

AN EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS IS HEREBY SCHEDULED FOR:

## FRIDAY, NOVEMBER 4, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                                 RICHARD G. STEARNS
                                               UNITED STATES DISTRICT JUDGE

    BY:

                            /s/ Mary H. Johnson
                              Deputy Clerk

Sent to:   AUSA Tobin; James Dilday, Esq.