UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                              CRIMINAL NO. 04-10112-03-RGS

ABLOLOM WOLDESLASSIE

# **O R D E R**

**STEARNS, DJ.**                                                      **NOVEMBER 7, 2005**

AFTER A HEARING ON NOVEMBER 4, 2005 IN THE ABOVE-CAPTIONED ACTION, IT IS HEREBY ORDERED:

THE U. S. PROBATION DEPARTMENT FOR THE DISTRICT OF MASSACHUSETTS SHALL FORTHWITH COMMENCE THE PREPARATION OF A PRE-PLEA PRESENTENCE REPORT AS TO THE DEFENDANT, ABLOLOM WOLDESLASSIE.

SO ORDERED.

                                                          RICHARD G. STEARNS
                                                          UNITED STATES DISTRICT JUDGE

           BY:

                                      /s/ Mary H. Johnson
                                        Deputy Clerk

**Sent to:** Allyson Lorimer Crews, Chief U. S. Probation Officer; AUSA David Tobin; James Dilday, Esq., Derege Demissie, Esq.