UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                              CRIMINAL No. 04-10112-RGS

ABLOLOM WOLDESLASSIE

## MOTION FOR FUNDS

Now comes the defendant, Ablolom Woldeslassie and respectfully requests that the Court authorize his counsel to hire an independent chemist to analyze and weigh the substances characterized as "crack cocaine" that were seized from him in the above referenced matter. Defendant states that this procedure is necessary to insure that his sentence is appropriate and consistent with the amount of drugs that was seized from him as part of this indictment.

By his attorney,

/s/ James S. Dilday
James S. Dilday
Grayer & Dilday, LLP
27 School Street
Boston, MA 02108
617-227-3470
BBO # 124360

## CERTIFICATE OF SERVICE

I, James S. Dilday, certify that I served a copy of the within motion on Assistant United States Attorney David Tobin, by mailing same postage prepaid to Suite 9200 One Courthouse Way Boston, MA 02110.

12/2/05
Date

/s/ James S. Dilday
James S. Dilday