UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff

Vs.                                        Criminal No. 04-10112-RGS

ABLOLOM WOLDESLASSIE,
    Defendant

## MOTION TO CONTINUE

Now comes the defendant, Ablolom Woldeslassie, and requests that the hearing scheduled for January 23, 2006 be continued and for reasons states that the chemist has not completed the re-examination and weighing of the drugs.

                                                        Ablolom Woldeslassie
                                                        By his attorney,

                                                        James S. Dilday
                                                        Grayer & Dilday
                                                        27 School Street, Suite 400
                                                        Boston, MA 02108
                                                        (617) 227-3470
                                                        BBO# 123460

DATED: January 18, 2006

ASSENTED TO:

David G. Tobin
U.S. Attorney's Office
One Courthouse Way
Suite 9200
Boston, MA 02210

# Grayer & Dilday, LLP

COUNSELLORS-AT-LAW
27 SCHOOL STREET – SUITE 400
BOSTON, MASSACHUSETTS 02108
TEL. (617) 227-3470 • FAX (617) 227-9231

January 18, 2006

Clerk's Office
United States District Court
1 Court house Way
Boston, MA 02210

  Re: United States v. Ablolom Woldeslassie
   Criminal No. 04-10112-RGS

Dear Sir/Madam:

  Enclosed for filing, please find an assented to motion to continue the trial in this matter which is currently scheduled for January 23, 2006. It is anticipated that Mr. Woldeslassie will be entering a guilty plea, but we need more time for an analysis and re-weighing of the drugs to be completed by Dr. Harvey Cohen who has been hired by defendant.

  Thank you for your attention to this request. Also be advised that I do not have the pacer data to complete the ECF filing process.

Very truly yours,

James S. Dilday

JSD/js
Enclosure
Copy: David Tobin, AUSA
   Ablolom Woldeslassie