UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                            CRIMINAL NO. 04-10112

ABLOLOM T. WOLDESLASSIE

MOTION TO CONTINUE HEARING

    Now comes the defendant, Ablolom Woldeslassie and respectfully requests that the Change of Plea hearing scheduled for August 31, 2006 be continued for fourteen days. For reason, defendant states that he has been seeking for at least two months to have the drugs allegedly attributed to him weighed by his chemist. The chemist and counsel have made overtures to the Government to have the Boston Police Officer in control of the drugs to contact the chemist to arrange for the weighing process. As of August 22, 2006, this had not been done.

    A presentence report has already been prepared and defendant expected to be sentenced on August 31, 2006 when he changed his plea. However, without a chance to weigh the drugs, defendant is reluctant to go forward without an independent weighing of the drugs because there is a question of minimum mandatory sentencing involved.

                                                    Ablolom Woldeslassie
                                                    By his attorney,

                                                    /s/ James S. Dilday_____
                                                    James S. Dilday
                                                    Grayer & Dilday, LLP
                                                    27 School Street
                                                    Boston, MA 02108
                                                    617-227-3470
                                                    BBO# 124360

Dated: August 24, 2006

**Certificate of Service**

I, James S. Dilday, certify that a copy of the preceding motion was forwarded to United States Attorney David Tobin and Attorney Michael Andrews electronically by email via the ECF/PACER system on August 24, 2006.

          /s/ James S. Dilday_____
          James S. Dilday
          Grayer & Dilday, LLP
          27 School Street
          Boston, MA 02108
          617-227-3470
          BBO# 124360

Dated: August 24, 2006