```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**        )
                                    )
         vs.                        )   Criminal No.04-10112-RGS
                                    )
**ABOLOM WOLDESLASSIE &**           )
**KARL THOMPSON**                   )

<u>**Government's Witness List**</u>

The government anticipates that the following individuals may be called as witnesses or mentioned at trial:

1. Sergeant Detective Eric Bulman, Boston Police
2. Detective Frederick Waggett, Boston Police;
3. Detective Robert Fratalia, Boston Police;
4. Detective Earl Perkins, Boston Police;
5. Officer Greg Brown, Boston Police;
6. Officer Vance Mills, Boston Police;
7. Officer Adolfo Brito, Boston police;
8. Special Agent Dan Bull, DEA;
9. Special Agent Mike Cashman, DEA
10. Task Force Agent Joao Monteiro, DEA;
11. Task Force Agent George MacLaughlin, DEA;
12. Task Force Agent Tom Grenham, DEA;
13. Task Force Agent Richard Ridlon, DEA (MA State Police);
14. Forensic Chemist Kathleen J. Pfeiffer, DEA;
15. Roland Worrell, Boston, MA; and
16. Official of the City of Boston Parks Department.

    The government reserves the right to supplement or modify the list with reasonable notice to the defendant.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:  /s/ David G. Tobin
                              DAVID G. TOBIN,
                              Michael J. Pelgro
                              Assistant U.S. Attorneys

Date: October 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                              /s/ David G. Tobin
                              DAVID G. TOBIN
                              Assistant United States Attorney

Date: October 5, 2006