UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

    **V.**                                  **CRIMINAL No. 04-10112-RGS**

**ABLOLOM WOLDESLASSIE**

## MOTION FOR FUNDS

    Now comes the Defendant, Ablolom Woldeslassie and respectfully requests that the Court allot him up to Fifteen Hundred ($1,500.00)Dollars for private investigator's services. This request is necessary in order for Defendant to adequately prepare for trial. Defendant is indigent and counsel is appointed pursuant to the Criminal Justice Act.

                              By his attorney

                              /s/ James S. Dilday_____
                              James S. Dilday
                              Grayer & Dilday, LLP
                              27 School Street
                              Boston, MA 02108
                              617-227-3470
                              BBO# 124360