UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                    CRIMINAL No. 04-10112

ABLOLOM T. WOLDESLASSIE

MOTION FOR TRANSCRIPT

Now comes the defendant, Ablolom T. Woldeslassie, and requests that the Court direct the court reporters to produce and deliver to his counsel transcripts from his change of plea hearing on November 21, 2006 in the above captioned matter. As reason therefore, the transcript is a necessary for counsel's representation of his client.

By his attorney,

/s/ James S. Dilday_____
James S. Dilday
Grayer & Dilday, LLP
27 School Street
Boston, MA 02108
617-227-3470
BBO# 124360

Dated: 12/11/06

**CERTIFICATE OF SERVICE**

I certify that I caused to be served a copy of the foregoing document to all parties by filing via the ECF/PACER system on December 11, 2006.


/s/ James S. Dilday_____
James S. Dilday