UNITED STATES DIATRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                           Criminal No. 04-10112-RGS

ABLOLOM WOLDESLASSIE

OPPOSITION TO PRESENTENCE REPORT

Now comes the defendant, Ablolom Woldeslassie, and files this objection to the Presentence Report (PSR) dated January 4, 2007. Defendant alleges the probation department was wrong in its calculation of defendant's base offense level. Defendant was charged in a five-count indictment and pled guilty to three of the counts on November 21, 2006. The Government had previously agreed to dismiss the remaining two counts.

At the change of plea hearing, the Government stated that the amount of cocaine involved in the counts that defendant pled guilty to was 3.34 grams. (Page 23, plea transcript) The Government further stated at page 24 of the transcript "Yes. 3.34 grams results in a base offense lever of 22." The probation department has concluded that the base offense level is 25. This conclusion is the result of the probation department including in its calculation the quantity of drugs from the counts that were dismissed. Probation makes this determination by stating the following in paragraph 30 of the PSR: "The defendant is also accountable for the cocaine base that Stephen Walker and Edgar Williams distributed in his presence."  nothing more, nothing less

The conclusion reached in the PSR contradicts that of both counsel and the judge, all of whom agreed that the base offense level for 3.34 grams of cocaine base is 22. The Court on page 24 of the plea transcript stated" So, its basically s a 30-37 month Guidelines sentence as I understand it?" At that time, the Government did not disagree with the Court, but reserved it's right to argue for an increase in based on relevant conduct.

Accordingly, defendant objects to the PSR calculation of 25 as the base offense level in this matter.

By his Attorney

/s/James S. Dilday
James S. Dilday BBO# 124360
Holy Robinson BBO# 665431
Grayer & Dilday, LLP
27 School Street
Boston, MA 02108
617-227-3470

CERTIFICATE OF SERVICE

I, James S. Dilday, certify that a copy of this Opposition to Presentence Report was served on all parties through ECF filing.

January 6, 2007                    /s/ James s. Dilday