## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

    **V.**                  **CRIMINAL NO. 04-10112**

**ABLOLOM T. WOLDESLASSIE**

### MOTION FOR PROTECTIVE ORDER

Now comes James S. Dilday, counsel for defendant Ablolom T. Woldeslassie, and respectfully requests that this Court issue a protective order with regard to the sentencing hearing to be held on January 12, 2007. As reason therefore, the Sentencing Hearing was originally scheduled for January 11, 2007, but was subsequently rescheduled by the Court on January 5, 2007 to January 12, 2007. Attorney Dilday was scheduled to appear in a matter (File numbers:  A97 311 968 and A98 595 011) before the United States Immigration Court on that same day and time. Attorney Dilday has filed an Emergency Motion to Continue with the United States Immigration Court, but as of the filing of this motion, it has not been acted upon by that Court.

Respectfully Submitted,

/s/ James S. Dilday_____
James S. Dilday, BBO# 660610
Grayer & Dilday, LLP
27 School Street
Boston, MA 02108
(617)227-3470

Dated: 1/11/07

## Certificate of Service

I, James S. Dilday, hereby certify that a copy of the preceding motion was forwarded to all parties of record electronically by email via the ECF/PACER system.

/s/ James S. Dilday_____
James S. Dilday

Dated: 1/11/07